**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**JEANNETTE PORRAZZO,**
Plaintiff,

v.

**STATE OF NEVADA; WASHOE COUNTY; WORLD PROPERTIES, INC.; and DOES 1–100,**
Defendants.

Case No. **3:26-cv-00006-ART-CLB**

## PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff **Jeannette Porrazzo**, appearing pro se, respectfully moves this Court pursuant to **Federal Rule of Civil Procedure 65** for an **Emergency Temporary Restraining Order and Preliminary Injunction** to preserve the status quo and prevent further ground-disturbing activities associated with the Sierra Reflections development project pending resolution of this action.

## I. INTRODUCTION

This action concerns the proposed Sierra Reflections development project in Washoe County, Nevada. Plaintiff seeks emergency relief to prevent Defendants from proceeding with grading, excavation, terracing, well drilling, or other ground-disturbing activities on parcels associated with the project.

Plaintiff alleges that the project area lies **within the boundaries of the** Carson River Mercury Superfund Site, a federally designated Superfund site. Publicly available information from the United States Environmental Protection Agency

indicates the presence of contamination including **arsenic, mercury, and lead** in areas associated with the site.

Plaintiff further alleges that the Washoe Valley region contains historically significant Native American cultural and burial sites. Ground-disturbing activities in this area could result in **irreparable harm** to cultural resources.

Because excavation, grading, and well drilling could permanently alter the land and potentially disturb contaminated soils or cultural resources, Plaintiff seeks emergency relief to **preserve the status quo** until the Court has an opportunity to review the claims in this action.

## II. RELEVANT PROPERTY PARCELS

The Sierra Reflections project includes parcels identified by the following **Washoe County Assessor Parcel Numbers (APNs)**:

045-310-55
045-310-56
045-310-57
045-310-58
045-310-59

046-060-45
046-060-47
046-060-55

046-080-40

046-090-01
046-090-04
046-090-05
046-090-06
046-090-07
046-090-08
046-090-09
046-090-10

046-090-11
046-090-12
046-090-13
046-090-14
046-090-15
046-090-16
046-090-17
046-090-18
046-090-23
046-090-24
046-090-25
046-090-26

046-100-02
046-100-03
046-100-04
046-100-07
046-100-10

A **Notice of Lis Pendens** concerning these parcels was recorded on **March 6, 2026 (Document No. 5605849)** in the Washoe County Recorder's Office.

**III. RISK OF IRREPARABLE ENVIRONMENTAL HARM**

Plaintiff alleges that the Sierra Reflections parcels are located **within the Carson River Mercury Superfund Site**.

Public information published by the Environmental Protection Agency identifies contamination within the Superfund site including **arsenic, mercury, and lead** associated with historic mining activity.

Ground-disturbing activities such as grading, excavation, terracing, or drilling wells could disturb contaminated soils or sediments and potentially impact groundwater resources relied upon by nearby residents.

If excavation or drilling proceeds before environmental issues are fully evaluated, contaminated materials may be mobilized in a manner that could cause environmental harm that cannot easily be reversed.

## IV. POTENTIAL DISTURBANCE OF NATIVE AMERICAN CULTURAL RESOURCES

Plaintiff alleges that the Washoe Valley region is historically associated with Native American cultural resources and burial sites connected to the Washoe people.

Ground-disturbing activities in the Sierra Reflections project area create a risk that cultural resources or burial sites could be disturbed or destroyed.

The treatment of Native American human remains and cultural items is subject to protections under federal law, including the Native American Graves Protection and Repatriation Act.

Once burial sites or cultural resources are disturbed, the damage is **irreversible** and cannot be remedied after the fact.

## V. IMMINENT HARM AND NEED FOR EMERGENCY RELIEF

Plaintiff seeks emergency relief because the Washoe County Board of Commissioners has scheduled a vote concerning the Sierra Reflections development project for **March 10, 2026 at approximately 1:00 p.m.**, listed as **Agenda Item 13**.

The matter concerns an appeal seeking to overturn the **unanimous denial issued by the Washoe County Planning Commission on January 6, 2026**.

Plaintiff has provided notice of this federal lawsuit to Washoe County, including communication with the Office of the District Attorney. Plaintiff informed **Chief Deputy District Attorney Michael Large and his office** of the pending federal litigation and the recorded notice of lis pendens affecting the parcels associated with the project.

Because the County's decision could authorize further advancement of the development project, Plaintiff seeks emergency intervention from this Court to preserve the status quo and prevent actions that could cause irreparable environmental or cultural harm before the Court can review the merits of the case.

## VI. NOTICE TO DEFENDANTS

Plaintiff certifies that notice of this action and the issues raised in this motion has been provided to Defendants.

On March 10, 2026, Plaintiff notified **Chief Deputy District Attorney Michael Large and the Washoe County District Attorney's Office** regarding the pending federal litigation and the parcels subject to a recorded Notice of Lis Pendens. Plaintiff provided notice through electronic communication, text message, and voicemail.

Plaintiff also informed the County that the Sierra Reflections matter was scheduled for consideration by the Washoe County Board of Commissioners as **Agenda Item 13** on March 10, 2026.

## VII. LEGAL STANDARD

A plaintiff seeking injunctive relief must demonstrate:

1. A likelihood of success on the merits;
2. A likelihood of irreparable harm in the absence of preliminary relief;
3. That the balance of equities tips in the plaintiff's favor; and
4. That an injunction is in the public interest.

*Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008).

Plaintiff submits that the potential disturbance of contaminated soils and destruction of cultural resources constitutes **irreparable harm warranting emergency relief**.

## VIII. REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

1. Issue an **Emergency Temporary Restraining Order** preventing Defendants from conducting or authorizing grading, excavation, terracing, well drilling, or other ground-disturbing activities on the parcels listed above;

2. Enjoin Defendants from approving, permitting, or otherwise authorizing development activities associated with the Sierra Reflections project pending further order of the Court;

3. Schedule an **expedited hearing** on Plaintiff's request for a preliminary injunction; and

4. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

**Jeannette Porrazzo**
Plaintiff, Pro Se
1705 South Irving Place
Washoe Valley, Nevada 89704
615-710-9382

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**JEANNETTE PORRAZZO,**
Plaintiff,

v.

**STATE OF NEVADA; WASHOE COUNTY; WORLD PROPERTIES, INC.; and DOES 1–50,**
Defendants.

Case No. **3:26-cv-00006-ART-CLB**

---

**DECLARATION OF JEANNETTE PORRAZZO IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

I, **Jeannette Porrazzo**, declare under penalty of perjury pursuant to **28 U.S.C. §1746** that the following is true and correct based upon my personal knowledge:

1. I am the Plaintiff in this action and submit this declaration in support of my **Emergency Motion for Temporary Restraining Order and Preliminary Injunction**.

2. I reside in Washoe Valley, Nevada and am familiar with the area affected by the proposed Sierra Reflections development project.

3. The Sierra Reflections project involves parcels identified by the following **Washoe County Assessor Parcel Numbers (APNs)**:

045-310-55
045-310-56

045-310-57
045-310-58
045-310-59

046-060-45
046-060-47
046-060-55

046-080-40

046-090-01
046-090-04 through 046-090-18
046-090-23 through 046-090-26

046-100-02
046-100-03
046-100-04
046-100-07
046-100-10

4. On **March 6, 2026**, a **Notice of Lis Pendens** concerning these parcels was recorded in the Washoe County Recorder's Office as **Document No. 5605849**, providing notice that these parcels are subject to the present federal litigation.

5. The parcels associated with the Sierra Reflections project are located **within the boundaries of the** Carson River Mercury Superfund Site, which has been designated under the federal Superfund program due to contamination associated with historic mining activity.

6. According to information published by the United States Environmental Protection Agency, contamination within the Superfund site includes **arsenic, mercury, and lead**.

7. Ground-disturbing activities associated with the Sierra Reflections project may include grading, excavation, terracing of hillside areas, and the drilling

of wells.

8. Disturbing contaminated soils or sediments within the Superfund site may mobilize contaminants and create risks to groundwater resources relied upon by nearby residents.

9. The Washoe Valley area is historically associated with Native American cultural resources and burial sites connected to the Washoe people.

10. Ground-disturbing activities in this area may result in the disturbance or destruction of cultural resources, including burial sites.

11. Federal law, including the Native American Graves Protection and Repatriation Act, establishes protections regarding the treatment of Native American human remains and cultural items.

12. Once burial sites or cultural resources are disturbed, the damage is **irreversible** and cannot be remedied after the fact.

13. I am informed that the **Washoe County Board of Commissioners scheduled consideration of the Sierra Reflections matter as Agenda Item 13 on March 10, 2026**, concerning an appeal seeking to overturn the **January 6, 2026 unanimous denial issued by the Washoe County Planning Commission**.

14. On March 10, 2026, I notified the **Washoe County District Attorney's Office**, including **Chief Deputy District Attorney Michael Large**, regarding this lawsuit and the issues raised in my motion for emergency relief.

15. I provided notice through **electronic communication, text message, and voicemail** to inform the County of the pending federal litigation and the parcels affected by the recorded lis pendens.

16. Because the County's decision could authorize further advancement of the development project, including ground-disturbing activities, I am seeking emergency relief from this Court to **preserve the status quo** and prevent irreversible environmental and cultural harm while this case is pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of MARCH, 2026
in **Washoe Valley, Nevada**.

**Jeannette Porrazzo**
Plaintiff, Pro Se



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**JEANNETTE PORRAZZO,**
Plaintiff,

v.

**STATE OF NEVADA; WASHOE COUNTY; WORLD PROPERTIES, INC.; and DOES 1–50,**
Defendants.

Case No. **3:26-cv-00006-ART-CLB**

---

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Before the Court is **Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction**.

Having reviewed the Motion, the Declaration of Plaintiff Jeannette Porrazzo, and the record in this matter, the Court finds that Plaintiff has demonstrated sufficient grounds to warrant temporary relief pending further proceedings.

The Court finds that Plaintiff has alleged a risk of **irreparable harm** absent immediate relief, and that preserving the **status quo** is appropriate while the Court considers the issues raised in this action.

---

**IT IS THEREFORE ORDERED:**

1. Defendants **State of Nevada, Washoe County, World Properties, Inc., and their agents, employees, representatives, and all persons acting in concert with them** are hereby **temporarily restrained** from conducting,

authorizing, or permitting any **grading, excavation, terracing, well drilling, or other ground-disturbing activities** on the following parcels located in Washoe County, Nevada:

045-310-55
045-310-56
045-310-57
045-310-58
045-310-59

046-060-45
046-060-47
046-060-55

046-080-40

046-090-01
046-090-04
046-090-05
046-090-06
046-090-07
046-090-08
046-090-09
046-090-10
046-090-11
046-090-12
046-090-13
046-090-14
046-090-15
046-090-16
046-090-17
046-090-18
046-090-23
046-090-24

046-090-25
046-090-26

046-100-02
046-100-03
046-100-04
046-100-07
046-100-10

2. Defendants are further **restrained from approving, authorizing, permitting, or otherwise advancing development activities associated with the Sierra Reflections project** affecting the parcels listed above pending further order of this Court.

3. This Temporary Restraining Order shall remain in effect **until further order of the Court**.

4. The Court will schedule an **expedited hearing** regarding Plaintiff's request for a **Preliminary Injunction**.

5. The Court retains jurisdiction to modify or dissolve this Temporary Restraining Order as appropriate.

IT IS SO ORDERED.

______________________________________________

UNITED STATES DISTRICT JUDGE

Dated: ____________________________