**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JEANNETTE PORRAZZO, | Case No. 3:26-CV-00006-ART-CLB |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION TO EXTEND SERVICE DEADLINE** |
| STATE OF NEVADA, *et al.*, | [ECF No. 17] |
| Defendants. | |

Currently pending before the Court is Plaintiff Jeannette Porrazzo's ("Porrazzo") motion to extend the deadline to serve Defendants. (ECF No. 17.) Porrazzo's motion is improper, however, because the Court's report and recommendation screening Porrazzo's complaint is still pending. (ECF No. 4.) Service on any Defendant is not proper until the Court has completed the screening process and ordered Porrazzo to do so. Accordingly, Porrazzo's motion to extend the service deadline, (ECF No. 17), is **DENIED**.

**IT IS SO ORDERED**.

**DATED**: _March 18, 2026_____

_____
**UNITED STATES MAGISTRATE JUDGE**