# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEANNETTE PORRAZZO, | Case No. 3:26-CV-00006-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| STATE OF NEVADA, | |
| Defendant. | [ECF No. 24] |

Currently pending before the Court is Plaintiff Jeannette Porrazzo's ("Porrazzo") motion to extend the deadline for her to file her amended complaint by 30 days. (ECF No. 24.) Porrazzo states she needs additional time due to ongoing medical issues and because she is trying to secure representation. (*Id.*) Good cause appearing, Porrazzo's motion to extend the deadline to file her amended complaint, (*id.*), is **GRANTED**. Porrazzo shall file her amended complaint on or before **Monday, May 20, 2026**.

**IT IS SO ORDERED**.

**DATED**: April 15, 2026

_____
 **UNITED STATES MAGISTRATE JUDGE**