**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JEANNETTE PORRAZZO,
Plaintiff,

v.

STATE OF NEVADA, et al.,
Defendants.

Case No. 3:26-cv-00006-ART-CLB

-------------------------------------------------------------

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**
(FED. R. CIV. P. 6(b))

Plaintiff Jeannette Porrazzo respectfully moves this Court for a further extension of time to file her Amended Complaint pursuant to Federal Rule of Civil Procedure 6(b).

Good cause exists for the requested extension.

The Court previously granted Plaintiff leave to amend in order to cure identified Article III standing deficiencies. Plaintiff has continued to diligently prepare the amended pleading and preserve her ability to file a single comprehensive amendment fully addressing the Court's concerns.

Since the filing of Plaintiff's prior motion, Plaintiff has undergone extensive medical testing, including a full laboratory panel and heavy metals testing relating to the environmental exposure allegations central to this action. Plaintiff received notice on May 14, 2026, that the testing results had been returned and that

1

additional follow-up diagnostic evaluation, including bone marrow testing, will be required.

Plaintiff believes these medical findings and related diagnostic information are directly relevant to the factual allegations supporting standing, causation, injury, and damages in the proposed Amended Complaint. Plaintiff therefore seeks additional time to properly evaluate and incorporate this information so as to avoid unnecessary piecemeal amendment, preserve Plaintiff's opportunity to file a single comprehensive amended complaint, and promote judicial economy.

Additionally, the matter remains under active review by Paul Padda Law regarding potential representation. Plaintiff is also presently undergoing a significant professional transition involving a return to full-time work within a law firm environment, which has further impacted the timing and preparation of the amended pleading.

No defendants have been served, and no party will be prejudiced by the requested extension. This case remains in its early procedural stages.

Accordingly, Plaintiff respectfully requests an additional 30-day extension to file the Amended Complaint, or alternatively, such additional time as the Court deems just and proper.

DATED: May 14, 2026

Respectfully submitted,

Jeannette Porrazzo
Plaintiff, Pro Se

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JEANNETTE PORRAZZO,
Plaintiff,

v.

STATE OF NEVADA, et al.,
Defendants.

Case No. 3:26-cv-00006-ART-CLB

------------------------------------------------------------

 **ORDER**

Before the Court is Plaintiff Jeannette Porrazzo's Second Motion for Extension of Time to File Amended Complaint pursuant to Federal Rule of Civil Procedure 6(b).

Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have an additional thirty (30) days from the current deadline to file the Amended Complaint.

IT IS SO ORDERED.

DATED: May 15, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3