**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JEANNETTE PORRAZZO,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 3:26-CV-00006-ART-CLB

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**

[ECF No. 29]

Currently pending before the Court is Plaintiff Jeannette Porrazzo's ("Porrazzo") motion to extend the deadline to file her first amended complaint ("FAC"). (ECF No. 29.) The Court has already granted Porrazzo two 30-day extensions to file her FAC. (ECF Nos. 25, 27.) Porrazzo now seeks an additional 90-day extension citing issues with her health and housing, as well as issues obtaining records. (ECF No. 29.) Defendant World Properties, Inc. ("WPI") filed an opposition asking the Court to deny Porrazzo's motion or, in the alternative, only grant a 30-day extension. (ECF No. 31.) WPI argues they will be prejudiced by further extension because the threat of Porrazzo's litigation is stagnating their ability to market the property at issue in this case. (*Id.* at 2-3.) Having considered the arguments, the Court finds a final 30-day extension is appropriate. However, the Court will not grant any additional extensions absent extraordinary circumstances.

**IT IS THEREFORE ORDERED** that Porrazzo shall have until **Wednesday, August 5, 2026**, to file her FAC. If Porrazzo fails to do so the Court will recommend this case be dismissed without prejudice.

**DATED**: July 7, 2026      .

_____
**UNITED STATES MAGISTRATE JUDGE**